# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3487

_____

Diane Gardner, Kermit Gardner,     *
Amy Gardner, Jessie Gardner, and    *
Sarah Gardner, By and Through      *
Their Next Friend and Natural       *
Mother, Diane Gardner,              *
                                     *
       Appellants,            *
                                       *
      v.                      *     Appeal from the United States
                                       *     District Court for the Eastern
Walter "Buck" Buerger, Sheriff of   *     District of Missouri.
Jefferson County, Missouri, As an   *
Individual and In His Official       *         [UNPUBISHED]
Capacity, and C. Partain, Deputy    *
Sheriff of Jefferson County,        *
Missouri, As an Individual and In   *
His Official Capacity,           *
                                       *
       Appellees.             *

_____

Submitted: September 25, 1998

Filed: October 16, 1998

_____

Before BOWMAN, Chief Judge, and JOHN R. GIBSON and MORRIS SHEPPARD
     ARNOLD, Circuit Judges.

_____

PER CURIAM.

The Gardners brought this action pursuant to 42 U.S.C. § 1983, after Charles Partain, a Jefferson County, Missouri, deputy sheriff, shot and killed Charles Gardner while serving an *ex parte* order of protection. The Gardners maintained that Deputy Partain used excessive force when he shot Mr. Gardner, and that Jefferson County Sheriff Walter Buerger failed to train Deputy Partain adequately. The jury returned a verdict in favor of the two police officers, and the trial court[1] entered judgment on the verdict.

The Gardners argue on appeal that the trial court erred in excluding certain evidence regarding the use of force and the reasonableness of Deputy Partain's actions. Having carefully reviewed the parties' briefs and the record in this case, we conclude that the trial court did not err in excluding the evidence. Accordingly, we affirm the judgment of the trial court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jean C. Hamilton, Chief United States District Judge for the Eastern District of Missouri.